**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Paul R. Breitenbach,

Plaintiff,

v.

Sulzer Spine-Tech, Inc.,

Defendant.

Civil No. 00-2215 (DWF/AJB)

**ORDER**

---

Lisa M. Drill, Esq., Doar, Drill & Skow, P.O. Box 69, New Richmond, WI 54017, counsel for Plaintiff.

Ronald J. Lee, Esq., and Corina L. Leske, Esq., Faegre & Benson, 2200 Norwest Center, 90 South Seventh Street, Minneapolis, MN 55402-3901, counsel for Defendant.

---

The above-entitled matter is before the undersigned on Plaintiff's Motion for Voluntary Dismissal. The Defendant does not oppose the dismissal.

Based upon the record of the proceedings herein, and for reasons set forth more fully in the record, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that:

Plaintiff's Motion for Voluntary Dismissal with prejudice and without costs to either party (Doc. No. 21) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 17, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED MAY 17 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK